IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT AT TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -2 PM 2:09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                CR. NO. 03-CR-20316-D

SHELDRICK EDWARDS

    Defendant.

## ORDER

This cause came on to be heard and, upon review, the Court orders that the United States Marshall's Office serve the subpoena in the above-referenced matter on the Keeper of the Books and Records of Covington Motor Company/A and A Auto Rental at their address, in Covington, Tennessee as shown on the prepared subpoena.

                                        HONORABLE BERNICE DONALD
                                        UNITED STATES DISTRICT COURT JUDGE

                                        DATE May 2, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable Bernice Donald
US DISTRICT COURT