IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 MAY -6 AM 10: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No. 03-CR-20316-D

SHELRICK EDWARDS,

    Defendant.

## ORDER GRANTING APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THIS CAUSE came before this Court on the petition of the defendant for an order directing a Writ of Habeas Corpus Ad Testificandum. For good cause shown, the court hereby **GRANTS** the motion.

David Jolley, United States Marshal for the Western District of Tennessee, is hereby commanded to have: Christopher Young, registration number 313189, who is confined at the West Tennessee State Penitentiary, P. O. Box 1050, Henning, TN. 38041, phone number (731) 738-5044 to appear before the court on:

<u>Tuesday, May 10, 2005</u> at <u>9:00 a.m.</u> for the trial in this case.

It is so **ORDERED**, this the ___6___ day of ___May___, 2005.

~~BERNICE DONALD~~
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-6-05

(84)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT