IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 MAY 10 PM 3:38

ROBERT ─── TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 03-20316-Ml |
| ) | |
| SHELDRICK EDWARDS ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 9, 2005, the United States Attorney for this district, Leonard Lucas, appearing for the Government and the defendant, Sheldrick Edwards, appearing in person and with counsel, William Anderson, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 4 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case will be set by the case manager **before Judge Bernice B. Donald.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the _10_ day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-11-05

90

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT