IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CAS_ D.C.

2005 JUL 13 PM 2:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

PLAINTIFF,

V.S                                          CR. NO. 2:03 CR 20316-01

Sheldrick Edwards

DEFENDANTS.

05 JUL 27 AM 6:54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
FILED BY _____ D.C.

**MOTION REQUESTING NEW COUNSEL**

Comes now Sheldrick Edwards Defendant in this cause and moves this Honorable Court to appoint new counsel to represent Defendant, Edwards in the above cause and for grounds would show unto the court the following:

1. That counsel was appointed by the Court to represent Defendant, Sheldrick Edwards on 22nd day of February

2. That since the appointment of William Anderson to represent Defendant. Defendant has met with Counsel on 4 instances to discuss the case. Counsel has not provided Defendant with discovery on his case since the appointment. (Nor has Counsel provided Defendant with a copy of the charging instrument to place defendant on notice of exactly what he is being charged with.)

**MOTION DENIED**
DATE: 7-26-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/1/05

95

3. Defendant has provided Counsel with information regarding the investigation and preparation of this cause. Counsel has not responded to any of the matters referred to him by Defendant.

4. Defendant is unable to communicate with Counsel as an impasse has been reached. Counsel is not serving defendant's best interest.

**WHEREFORE MOVANT PRAYS** that this Honorable Court to appoint new counsel to represent him in the matter before the court or conduct a hearing to determine if counsel should be replaced with new counsel.

Respectfully Submitted,

*Sheldrick Edwards*
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing Motion was forward by first class mail to the Assistant United States Attorney for the Western District of Tennessee this the 6 day of July, 2005.

*Sheldrick Edwards*
Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT