IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 12: 25

T___ _ __ULD
CLERK, U.S. ___RICT COURT
W/D OF T__ MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   Criminal No. 03-20316-D |
| SHELDRICK EDWARDS, | * |
| Defendant. | * |

## ORDER GRANTING MOTION TO RESET
## SENTENCING HEARING

Upon Motion of the United States the change of sentencing hearing in this case is hereby reset for August 23, 2005, at 1:00 pm.

DONE at Memphis, Tennessee, this 29 day of July, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT