

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ _CaS_ D.C.

2005 JUL 29  PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Criminal No. 03-20316-D** |
| | * | |
| **SHELDRICK EDWARDS,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

05 AUG -2  PM 12: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____ D.C.

---

## MOTION TO CONTINUE SENTENCING HEARING

---

The United States of America, by and through Terrell L. Harris, United States Attorney for
the Western District of Tennessee, and Scott F. Leary, Assistant United States Attorney, respectfully
requests a two week continuance of the sentencing hearing in the above referenced matter. The
sentencing hearing is currently set for 1:30 p.m., Tuesday, August 2, 2005.

The government's attorney, Scott F. Leary, has recently taken over this case from Leonard
E. Lucas, who recently left the United States Attorney's Office. Scott F. Leary has trial set for
August 1st, 2d and 3d, and is leaving on a family vacation on Thursday, August 4th. The
government has spoken with defense counsel and there are no objections to the continuance of the
sentencing hearing.

**MOTION GRANTED**

DATE: 8-1-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

BY:

SCOTT F. LEARY
Assistant United States Attorney
167 North Main Street, 8th Floor
Memphis, TN 38103
(#022357   Tennessee)

## <u>CERTIFICATE OF SERVICE</u>

I, Scott F. Leary, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion has been sent, first class postage pre-paid, William Anderson, Attorney at Law, 142 North Third Street, 3rd Floor, Memphis, Tennessee 38103, counsel for the defendant.

This  29th   day of July, 2005.

SCOTT F. LEARY
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:03-CR-20316 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT